# Rickner PLLC

Rob Rickner | rob@ricknerpllc.com

October 13, 2022

**Via ECF**

Hon. Cathy Seibel
United States District Judge
Southern District of New York
The Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, N.Y. 10601

      Re:    *Colds v. Westchester County, et al.*, 22-cv-2023

Your Honor:

I am counsel to Plaintiff Jalen Colds and write to request an extension of the briefing schedule for Defendants' motion to dismiss.

Currently, Plaintiff's Opposition is due on October 26, 2022, and Defendants' Reply is due on November 9, 2022. The motion itself was served, per the Court's instructions, on September 26, 2022. Counsel has a trial in the Eastern District of New York next week, and has been preparing for the majority of this week. Given all our obligations, finishing and finalizing the Opposition by the current deadline will be difficult. Consequently, we ask that this Court afford us an additional two weeks, to November 9, 2022, with Defendants' Reply, and filing of all motion papers, on November 23, 2022.

This is the first request for an extension of this deadline, and Defendants' counsel consents to the request.

We thank the Court for its attention to these matters.

Respectfully,

   /s/

Rob Rickner