# Rickner PLLC

Rob Rickner | rob@ricknerpllc.com

August 17, 2023

**Via ECF**

Hon. Cathy Seibel
United States District Judge
Southern District of New York
The Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, N.Y. 10601

Extension granted. Plaintiff may reply to the County's opposition no later than 8/22/23.

SO ORDERED.  8/18/23

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

Re: *Colds v. Westchester County, et al.*, 22-cv-2023

Your Honor:

We represent Plaintiff Jalen Colds and write to request a brief extension of the time to file the reply brief for the pending motion. I just finished a trial in the Eastern District of New York and it took longer than expected, and I have to fly to Vermont for my mother's 80th birthday tomorrow afternoon. Consequently, I would like to have this deadline extended to Tuesday, August 22, 2023. I reached out to opposing counsel, but have not gotten a response. And this is the first request to extend this deadline.

We thank the Court for considering this request.

Respectfully,

/s/

Rob Rickner