**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JALEN COLDS,

                Plaintiff,

  -against-                                       22 **CIVIL** 2023 (CS)

                                                                **JUDGMENT**

OFFICER SMYTH, JOHN DOE NO. 1, JOHN
DOE NO. 2, ERIC PAOLILLI, and DR. RAUL
ULLOA,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 26, 2023, Plaintiff's motion for pre-conference discovery, leave to amend the complaint and an extension of time to serve Defendants Paolilli and Ulloa is DENIED. Plaintiff's claims against Defendants John Doe No. 1 and John Doe No. 2 are DISMISSED with prejudice for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6). Plaintiff's claims against Eric Paolilli and Dr. Raul Ulloa are DISMISSED without prejudice for failure to serve pursuant to Fed. R. Civ. P. 4(m); accordingly, the case is closed.

**Dated:** New York, New York

       September 26, 2023

                                                      **RUBY J. KRAJICK**

                                                        **Clerk of Court**

                        **BY:**

                                                        **Deputy Clerk**